## JURISDICTIONAL MOTIONS ALLOWED

**92–311.** State v. Evans. *Cuyahoga County,* No. 59506.
SWEENEY and H. BROWN, JJ., dissent.

**92–412.** State v. Noggle. *Ottawa County,* No. 91–OT–024.
SWEENEY, DOUGLAS and H. BROWN, JJ., dissent.
John W. McCormac, J., of the Tenth Appellate District, sitting for RESNICK, J.

**92–462.** Jewitt v. Our Lady of Mercy Hosp. of Mariemont. *Hamilton County,* No. C–910028.
SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–471.** Welco Indus., Inc. v. Applied Co., Inc. *Hamilton County,* No. C–900801.
RESNICK, J., dissents.
On motion for leave to file memorandum in opposition instanter. Motion granted.

**92–557.** Ohio State Med. Bd. v. Murray. *Franklin County,* No. 91AP–519. On motion and cross-motion to certify the record. Motions allowed.
SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–559.** Bell v. Mt. Sinai Med. Ctr. *Cuyahoga County,* No. 63061.
SWEENEY and RESNICK, JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**91–2233.** Sulfsted v. Sulfsted. *Hamilton County,* No. C–900826.
HOLMES, J., dissents.

**92–85.** Hamilton Mut. Ins. Co. v. Mullins. *Scioto County,* No. 91CA1980.

**92–110.** Clark v. Sed. *Portage County,* No. 91–P–2314.

**92–189.** State v. Miller. *Holmes County,* No. CA–437.

**92–290.** Youngstown v. Teague. *Mahoning County,* No. 90 C.A. 114.

**92–327.** Burlington Group, Inc. v. Chardon Lake Inn Restaurant, Inc. *Geauga County,* No. 90–G–1551.
HOLMES, J., dissents.

**92–433.** DeMuesy v. Haimbaugh. *Franklin County,* No. 91AP–212.
DOUGLAS and WRIGHT, JJ., dissent.

**92–453.** Stelma v. Juguilon. *Cuyahoga County,* Nos. 60584, 60600 and 60645.
HOLMES and WRIGHT, JJ., dissent.

**92–461.** Martin v. Banks. *Cuyahoga County,* Nos. 59603 and 60528.

**92–463.** State v. Apodaca. *Montgomery County,* No. 12775.

**92–469.** Borucki v. Barry. *Lucas County,* No. L–91–040.
RESNICK, J., not participating.

**92–495.** Childers v. Mihm. *Montgomery County,* No. CA 12935.
WRIGHT, J., dissents.

**92–501.** Todd Development Co. v. Butler Cty. Bd. of Elections. *Butler County,* No. CA91–04–074.
DOUGLAS, J., dissents.

**92–505.** Wallace v. Boy Scouts of America. *Warren County,* Nos. CA91–01–007, CA91–03–024 and CA91–03–032.